UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH KISH, et al., | ) | Case No. 5:00 CV 2047 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | JUDGMENT ENTRY |
| | ) | |
| CITY OF AKRON, et al., | ) | |
| | ) | |
| Defendants. | ) | Magistrate Judge James S. Gallas |
| | ) | |

This action came before the Court and a jury with Magistrate Judge James S. Gallas presiding. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that judgment is entered in favor of plaintiff Elizabeth Kish against the City of Akron and George Jumbert in the amount of $493.35 (four-hundred ninety-three dollars and thirty-five cents) for unpaid overtime compensation due under the Fair Labor Standards Act; that judgment is entered in favor of Elizabeth Kish and against the City of Akron in the amount of $480,000.00 (four-hundred eighty thousand dollars) for the destruction of public records; and that judgment is entered in favor of Elizabeth Kish and against the City of Akron in the amount of $500.00 (five-hundred dollars) for actual damages and $480,000.00 (four-hundred eighty thousand dollars) in punitive damages for spoliation of evidence.

2

IT IS FURTHER ORDERED AND ADJUDGED: that judgment is entered in favor of plaintiff Victoria Elder against the City of Akron and George Jumbert in the amount of $414.98 (four-hundred fourteen dollars and ninety-eight cents) for unpaid overtime compensation due under the Fair Labor Standards Act; that judgment is entered in favor of the City of Akron and George Jumbert on Victoria Elder's retaliation claim under the Fair Labor Standards Act; that judgment is entered in favor of Victoria Elder and against the City of Akron in the amount of $380,000.00 (three-hundred eighty thousand dollars) for the destruction of public records; and that judgment is entered in favor of Victoria Elder and against the City of Akron in the amount of $500.00 (five-hundred dollars) for actual damages and $380,000.00 (three-hundred eighty thousand dollars) in punitive damages for spoliation of evidence.

This matter is terminated pursuant to Rule 58 of the Federal Rules of Civil Procedure and is appealable.

                                                        s/James S. Gallas
                                                   United States Magistrate Judge

Dated: December 11, 2001