### KISH v. CITY OF AKRON, et al.
### BILLING SUMMARY - PLAINTIFFS' ATTORNEY FEES
### FEES OF WEGMAN, HESSLER & VANDERBURG

| Month | Attorney | Hours | Hourly Rate | Fees |
|-------|----------|-------|-------------|------|
| June, 2000 | A. Palombo | 15.70 | $130.00 | $2,041.00 |
| July, 2000 | A. Palombo | 12.40 | $130.00 | $1,612.00 |
| August, 2000 | A. Palombo | 7.60 | $130.00 | $988.00 |
|  | A. Gideon | 0.40 | $160.00 | $64.00 |
| September, 2000 | A. Palombo | 24.90 | $130.00 | $3,237.00 |
|  | C. Holocek | 1.10 | $155.00 | $170.50 |
|  | Law Clerk | 11.40 | $35.00 | $399.00 |
| October, 2000 | A. Palombo | 13.20 | $130.00 | $1,716.00 |
|  | Law Clerk | 1.10 | $35.00 | $38.50 |
| November, 2000 | A. Palombo | 1.50 | $130.00 | $195.00 |
| December, 2000 | A. Palombo | 5.40 | $130.00 | $702.00 |
| January, 2001 | A. Palombo | 13.10 | $140.00 | $1,834.00 |
|  | C. Holocek | 0.75 | $165.00 | $123.75 |
| February, 2001 | A. Palombo | 13.20 | $140.00 | $1,848.00 |
| March, 2001 | A. Palombo | 13.10 | $140.00 | $1,834.00 |
|  | J. Corso | 14.00 | $155.00 | $2,170.00 |
| April, 2001 | A. Palombo | 21.70 | $140.00 | $3,038.00 |
|  | J. Corso | 47.00 | $155.00 | $7,285.00 |
|  | C. Holocek | 1.05 | $165.00 | $173.25 |
| May, 2001 | A. Palombo | 12.40 | $140.00 | $1,736.00 |
|  | J. Corso | 50.75 | $155.00 | $7,866.25 |
|  | C. Holocek | 1.20 | $165.00 | $198.00 |

| | | | | |
|---|---|---|---|---|
| June, 2001 | A. Palombo | 6.90 | $140.00 | $966.00 |
| | J. Corso | 46.75 | $155.00 | $7,246.25 |
| | C. Holocek | 0.60 | $165.00 | $99.00 |
| | Law Clerk | 8.00 | $25.00 | $200.00 |
| July, 2001 | J. Corso | 5.50 | $155.00 | $852.50 |
| August, 2001 | J. Corso | 1.25 | $155.00 | $193.75 |
| October, 2001 | A. Palombo | 17.60 | $140.00 | $2,464.00 |
| | J. Corso | 21.00 | $155.00 | $3,255.00 |
| | C. Holocek | 3.35 | $165.00 | $552.75 |
| November 1 - | A. Palombo | 11.40 | $140.00 | $1,596.00 |
| November 13, 2001 | J. Corso | 21.50 | $155.00 | $3,332.50 |
| | C. Holocek | 2.30 | $165.00 | $379.50 |
| **SUB-TOTAL** | | **429.10** | | **$  60,406.50** |
| **Through Pre-trial - November 13, 2001** | | | | |
| November 14, 2001 - | A. Palombo | 73.10 | $140.00 | $10,234.00 |
| November 30, 2001 | J. Corso | 72.50 | $155.00 | $11,237.50 |
| | C. Holocek | 2.80 | $165.00 | $462.00 |
| | P. Hessler | 0.75 | $195.00 | $146.25 |
| | Law Clerk | 4.00 | $25.00 | $100.00 |
| | Paralegal | 4.50 | $75.00 | $337.50 |
| December, 2001 | A. Palombo | 83.30 | $140.00 | $11,662.00 |
| | J. Corso | 87.00 | $155.00 | $13,485.00 |
| | C. Holocek | 6.30 | $165.00 | $1,039.50 |
| | P. Hessler | 0.35 | $195.00 | $68.25 |
| | D. Knowles | 0.50 | $195.00 | $97.50 |
| **SUBTOTAL** | | **335.10** | | **$  48,869.50** |
| **Trial preparation & Trial** | | | | |
| **TOTALS** | | **764.20** | | **$  109,276.00** |

### KISH v. CITY OF AKRON, et al.
### BILLING SUMMARY - PLAINTIFFS' ATTORNEY FEES
### FEES OF WARNER MENDENHALL

| Month | Attorney | Hours | Hourly Rate | Fees |
|-------|----------|-------|-------------|------|
| May, 2000 | W. Mendenhall | 9.80 | $150.00 | $1,470.00 |
| June, 2000 | W. Mendenhall | 11.60 | $150.00 | $1,740.00 |
| July, 2000 | W. Mendenhall | 0.40 | $150.00 | $60.00 |
| August, 2000 | W. Mendenhall | 6.35 | $150.00 | $952.50 |
| September, 2000 | W. Mendenhall | 6.40 | $150.00 | $960.00 |
| October, 2000 | W. Mendenhall | 5.60 | $150.00 | $840.00 |
| November, 2000 | W. Mendenhall | 1.50 | $150.00 | $225.00 |
| December, 2000 | W. Mendenhall | 3.10 | $150.00 | $465.00 |
| January, 2001 | W. Mendenhall | 4.60 | $150.00 | $690.00 |
| February, 2001 | W. Mendenhall | 7.05 | $150.00 | $1,057.50 |
| March, 2001 | W. Mendenhall | 3.60 | $150.00 | $540.00 |
| April, 2001 | W. Mendenhall | 25.20 | $150.00 | $3,780.00 |
| May, 2001 | W. Mendenhall | 20.80 | $150.00 | $3,120.00 |
| June, 2001 | W. Mendenhall | 8.40 | $150.00 | $1,260.00 |
| July, 2001 | W. Mendenhall | 1.50 | $150.00 | $225.00 |
| October, 2001 | W. Mendenhall | 8.30 | $150.00 | $1,245.00 |
| November 1 - November 13, 2001 | W. Mendenhall | 2.30 | $150.00 | $345.00 |

**SUB-TOTAL**        **126.50**        **$18,975.00**
**Through Pre-trial - November 13, 2001**

| | | | | |
|---|---|---|---|---|
| November 14, 2001 - November 30, 2001 | W. Mendenhall | 13.50 | $150.00 | $2,025.00 |
| December, 2001 | W. Mendenhall | 63.40 | $150.00 | $9,510.00 |
| **SUBTOTAL** **Trial preparation & Trial** | | **76.90** | **$** | **11,535.00** |
| **TOTALS** | | **203.40** | **$** | **30,510.00** |

**KISH v. CITY OF AKRON, et al.**
**BILLING SUMMARY - PLAINTIFFS' ATTORNEY FEES**
**TOTAL FEES - ALL COUNSEL**

|  | Hours | | Fees |
|---|---|---|---|
| Through Pre-trial - November 13, 2001 SUB-TOTAL | 555.60 | $ | 79,381.50 |
| Trial preparation & Trial SUB-TOTAL | 412.00 | $ | 60,404.50 |
| **TOTALS** | **967.60** | **$** | **139,786.00** |