**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ELIZABETH KISH, et al. | ) | CASE NO. 5:00CV2047 |
| | ) | |
| Plaintiff, | ) | JUDGE GALLAS |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF AKRON, et al. | ) | **PLAINTIFFS' BILL OF COSTS** |
| | ) | |
| Defendant. | ) | |

Plaintiffs, Elizabeth Kish and Victoria Elder, move this Court for an award of costs pursuant to Fed. R. Civ. Pro. 54(d)(1). The following costs associated with Plaintiffs' case should be taxed against Defendants:

1. Filing fees - $150.00

2. Deposition fees - $1,155.43
    Deposition of C. Stevens – court reporter attendance and transcript
    Deposition of G. Jumbert – court reporter attendance and transcript
    Deposition of E. Kish – transcript only
    Deposition of V. Elder – transcript only

3. Fees to print copies of papers necessary for use in the case - $425.00
    Plaintiffs' Exhibit Book – 360 pages (4 sets of 90 pages each)
    Plaintiff Kish's records – 958 pages (1 set)
    Misc. trial documents - pleadings, case law, discovery– 382 pages
   Trial transcript – excerpt from December 3, 2001 proceedings - $155.00

4. Demonstrative exhibits - $30.17
    Enlargement of three exhibits for use at trial

The above costs, totaling $1,915.60, are attested to by the accompanying affidavit of counsel (Exhibit A).

                                                         Respectfully submitted,

/s/ Jennifer A. Corso
David R. Knowles (0017693)
Anthony N. Palombo (0064384)
Christopher A. Holecek (0040840)
Jennifer A. Corso (0063667)
WEGMAN, HESSLER & VANDERBURG
6055 Rockside Woods Blvd., Suite 200
Cleveland, Ohio  44131
(216) 642-3342  Fax:  (216) 520-0145

drknowles@wegmanlaw.com
anpalombo@wegmanlaw.com
caholecek@wegmanlaw.com
jacorso@wegmanlaw.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Plaintiffs' Bill of Costs and Affidavit of Counsel was filed electronically on the 21st day of December, 2001. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ Jennifer A. Corso
Jennifer A. Corso (0063667)
WEGMAN, HESSLER & VANDERBURG

Attorney for Plaintiffs