U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH KISH, et al. | ) | CASE NO. 5:00CV2047 |
| | ) | |
| Plaintiff, | ) | JUDGE GALLAS |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF AKRON, et al. | ) | AFFIDAVIT OF JENNIFER A. CORSO, |
| | ) | ESQ. REGARDING COSTS |
| Defendant. | ) | |

Jennifer A. Corso, Esq. deposes and says as follows:

1. I am an attorney for Plaintiffs in the above captioned matter.

2. Plaintiffs incurred the following costs which are taxable to Defendants pursuant to Fed. R. Civ. Pro. 54(d)(1):

   a. Filing fees - $150.00

   b. Deposition fees - $1,155.43
      Deposition of C. Stevens – court reporter attendance and transcript
      Deposition of G. Jumbert – court reporter attendance and transcript
      Deposition of E. Kish – transcript only
      Deposition of V. Elder – transcript only

   These depositions were used by Defendants in their Motion for Summary Judgment, and were necessary for use in objecting to such motion. In addition, Plaintiffs utilized the depositions of George Jumbert and Cristen Stevens at trial on cross-examination of these witnesses.

   c. Fees to print copies of papers necessary for use in the case, calculating copy charges at the rate of .25 per page - $425.00
      Plaintiffs' Exhibit Book – 360 pages (4 sets of 90 pages each)
      Plaintiff Kish's records – 958 pages
      Misc. trial documents - pleadings, case law, discovery – 382 pages

      Trial transcript -
          excerpt from December 3, 2001 proceedings - $155.00

    d.    Demonstrative exhibits - $30.17
          Enlargement of three exhibits

Further Affiant sayeth naught.

_____
Jennifer A. Corso, Esq.

SWORN TO BEFORE ME and subscribed in my presence on this 21st day of December, 2001.

_____
Notary Public

Section 147.03 O.R.C.