U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH KISH, et al. | ) | CASE NO. 5:00CV2047 |
| | ) | |
| Plaintiff, | ) | JUDGE GALLAS |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF AKRON, et al. | ) | DECLARATION OF WARNER |
| | ) | MENDENHALL REGARDING |
| Defendant. | ) | ATTORNEY FEES |

Warner Mendenhall, Attorney for Plaintiffs, declares as follows under penalty of perjury:

1. I am an attorney and this declaration is based on my personal knowledge. I am a solo practitioner focusing on municipal and employment law.

2. I have been an active practicing attorney since 1998. I am admitted to practice in the following courts:

    a. All state courts in the State of Ohio;

    b. U. S. District Court for the Northern District of Ohio;

    c. United States Court of Appeals for the Sixth Circuit.

3. My hourly billing rate is $150.00/hour.

4. I have personally reviewed the billing summary generated from my time records and believe that it reflects the actual work performed and the necessary and reasonable time expended.

6. Exhibit A is a true and correct summary of the bill for services by Warner Mendenhall, Esq. commencing on or about May 22, 2000 and ending December 13, 2001.

I declare under penalty of perjury that the foregoing is true and correct.

<u>/s/Warner Mendenhall 0070165</u>
Warner Mendenhall, Esq.