UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH KISH, et al., | ) | Case No. 5:00 CV 2047 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | JUDGMENT ENTRY |
| | ) | (Resolving Docket No. 81) |
| CITY OF AKRON, et al., | ) | |
| | ) | |
| Defendants. | ) | Magistrate Judge James S. Gallas |
| | ) | |

Plaintiffs' motion for attorney fees is granted and the amount as explained in the concomitant memorandum opinion computes to a total of $144,043.65 against the City of Akron, representing the award of attorney fees for the prevailing plaintiffs.

IT IS SO ORDERED.

                                                                  s/James S. Gallas
                                                      United States Magistrate Judge

Dated: September 30, 2002