**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ELIZABETH KISH, et al. | ) | CASE NO. 5:00CV2047 |
| | ) | |
| Plaintiff, | ) | JUDGE GALLAS |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF AKRON, et al. | ) | **NOTICE OF APPEAL** |
| | ) | |
| Defendant. | ) | |

Notice is hereby given that Plaintiffs Elizabeth Kish and Victoria Elder hereby appeal to the United States Court of Appeals for Sixth Circuit from the final judgment entered in this action on the 30th day of September, 2002 in regards to Plaintiff's Application for Attorney Fees. A copy of the Memorandum Opinion is attached to this Notice of Appeal as Exhibit A.

                                                         Respectfully submitted,

                                                  /s/ Jennifer A. Corso
                                                  David R. Knowles (0017693)
                                                  Christopher A. Holecek (0040840)
                                                  Jennifer A. Corso (0063667)
                                                  WEGMAN, HESSLER & VANDERBURG
                                                  6055 Rockside Woods Blvd., Suite 200
                                                  Cleveland, Ohio 44131
                                                  (216) 642-3342  Fax: (216) 520-0145

2

        drknowles@wegmanlaw.com
        caholecek@wegmanlaw.com
        jacorso@wegmanlaw.com


/s/ Warner Mendenhall
Warner Mendenhall (0070165)
190 N. Union St., Suite 201
Akron, OH 44304
330.535.9160 Fax 330.434.9747
warnermendenhall@hotmail.com

Attorneys for Plaintiffs

2

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal was filed electronically on the 30th day of October, 2002. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jennifer A. Corso
Jennifer A. Corso (0063667)
WEGMAN, HESSLER & VANDERBURG

Attorney for Plaintiff