U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH KISH, et al. ) | CASE NO. 5:00CV2047 |
| ) | |
| Plaintiffs, ) | JUDGE GALLAS |
| ) | |
| v. ) | NOTICE OF STIPULATED DISMISSAL |
| ) | |
| CITY OF AKRON, et al. ) | |
| ) | |
| Defendants. ) | |

Now come the parties to the above captioned matter who hereby stipulate that the foregoing matter is hereby voluntarily dismissed with prejudice pursuant to F.R.C.P. 41(a)(1). The parties have reached an amicable resolution of all issues that remained pending in the case.

/s/ Warner Mendenhall
Warner Mendenhall (0070165)
190 North Union St., Suite 201
Akron, Ohio  44304
330.535.9160 fax 330.762.9743
warnermendenhall@hotmail.com

and

/s/ Jennifer A. Corso
David R. Knowles (0017693)
Christopher A. Holecek (0040840)
Jennifer A. Corso (0063667)
WEGMAN, HESSLER & VANDERBURG
6055 Rockside Woods Blvd., Suite 200
Cleveland, Ohio  44131
(216) 642-3342  Fax:  (216) 520-0145
drknowles@wegmanlaw.com
caholecek@wegmanlaw.com
jacorso@wegmanlaw.com

*Attorneys for Plaintiffs*

/s/Max Rothal
Max Rothal (#0009431)
City of Akron, Law Director
161 South High Street
202 Ocasek Building
Akron, Ohio 44308
(330) 375-2030
rothama@ci.akron.oh.us

/s/Bruce Christensen
Bruce Christensen, #0036770
City of Akron Law Department, Civil Division
161 S. High St., Ste. 202
Akron, OH 44308
(330) 375-2030; fax (330) 375-2041
chrisbr@ci.akron.oh.us

*Attorneys for Defendants,*