Case No: 02-4236: 02-4270

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

ORDER

**FILED**

MAR 0 6 2007

LEONARD GREEN, Clerk

ELIZABETH KISH; VICTORIA ELDER

    Plaintiffs - Appellees Cross-Appellants

v.

CITY OF AKRON;

    Defendant - Appellant Cross-Appellee

GEORGE JUMBERT

    Defendant

5:00cv2047 JSG

Upon consideration of the stipulation of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the stipulation is **GRANTED** and the appeal is dismissed.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT.
Leonard Green, Clerk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By_____
Deputy Clerk